RITA V. VOSE, Respondent, v. CHARLES REDFIELD VOSE, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See 255 App. Div. 1012.] Motion for stay granted upon condition that within ten days from the date of this decision the appellant file a further undertaking in the sum of $3,000, with corporate surety, conditioned for the payment of any sums that may become due from December 23, 1938, the date of determination by this court of the appeal, until

the determination of the appeal by the Court of Appeals. Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.